[Nos. 33740-1-II; 35460-8-II. Division Two. July 10, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES KEITH MAYFIELD, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 04-1-02556-9, Kathryn J. Nelson, J., entered August 12, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Penoyar, J.

[No. 34236-7-II. Division Two. July 11, 2007.]

THE STATE OF WASHINGTON, *Appellant*, v. KATHLEEN IRIS HARRSCH, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-1-01060-3, Stephen M. Warning, J., entered December 7, 2005. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Penoyar, J., concurred in by Armstrong and Hunt, JJ.

[No. 34600-1-II. Division Two. July 10, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY UTANIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-04882-8, Frederick W. Fleming, J., entered March 3, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Quinn-Brintnall, J.

[No. 34882-9-II. Division Two. July 10, 2007.]

WM. DICKSON CO., *Appellant*, v. THOMAS URQUHART ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-11204-0, Vicki L. Hogan, J., entered April 28, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall and Penoyar, JJ.